**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Re: ME2 Productions, Inc. Litigation about *Mechanic: Resurrection* | 2:16-cv-02513-APG-NJK<br>2:16-cv-02563-APG-NJK<br>2:16-cv-02660-RFB-CWH<br>2:16-cv-02662-JAD-CWH<br>2:16-cv-02783-APG-CWH<br>2:16-cv-02788-RFB-PAL<br>2:16-cv-02875-RFB-GWF<br>2:17-cv-00049-JAD-VCF<br>2:17-cv-00114-APG-NJK<br>2:17-cv-00123-JAD-CWH<br>2:17-cv-00124-JAD-CWH<br>2:17-cv-00665-JAD-GWF<br>2:17-cv-00666-APG-VCF<br>2:17-cv-00667-MMD-NJK<br>2:17-cv-00676-RFB-PAL<br>2:17-cv-00722-JAD-CWH<br>2:17-cv-00723-APG-PAL |

**OMNIBUS TRANSFER ORDER**

Plaintiff ME2Productions, Inc., through attorney Charles Rainey, Esq., has filed 25 copyright-infringement lawsuits in this district against various named and doe defendants, alleging infringement of its copyright to a motion picture entitled *Mechanic: Resurrection*. The allegations in each of these cases are nearly identical, save for the different IP addresses through which ME2 claims that the defendants used to access the film.

Having reviewed these cases, the judges of this district have concluded that judicial economy will be served by transferring all of these ME2 *Mechanic: Resurrection* cases to a single District Court Judge and Magistrate Judge. Accordingly, THE UNDERSIGNED JUDGES—exercising their discretion under local rule 42-1(a) and the court's inherent power to control the management of the docket and in order to foster judicial economy—HEREBY **ORDER each of these cases to be TRANSFERRED to Judge James C. Mahan** (who was assigned the earliest open case, 2:16-cv-02384-JCM-

1 | PAL) **and Magistrate Judge Nancy Koppe for all further proceedings**:
2 |                       2:16-cv-02513-APG-NJK
3 |                       2:16-cv-02563-APG-NJK
4 |                       2:16-cv-02660-RFB-CWH
5 |                       2:16-cv-02662-JAD-CWH
6 |                       2:16-cv-02783-APG-CWH
7 |                       2:16-cv-02788-RFB-PAL
8 |                       2:16-cv-02875-RFB-GWF
9 |                       2:17-cv-00049-JAD-VCF
10 |                     2:17-cv-00114-APG-NJK
11 |                     2:17-cv-00123-JAD-CWH
12 |                     2:17-cv-00124-JAD-CWH
13 |                     2:17-cv-00665-JAD-GWF
14 |                     2:17-cv-00666-APG-VCF
15 |                     2:17-cv-00667-MMD-NJK
16 |                     2:17-cv-00676-RFB-PAL
17 |                     2:17-cv-00722-JAD-CWH
18 |                     2:17-cv-00723-APG-PAL

IT IS FURTHER ORDERED that **plaintiff must file a copy of this order in any future case that it files in this district that is related to the *Mechanic: Resurrection* copyright.**

DATED this 4th day of April, 2017

_____
James C. Mahan
United States District Judge

_____
Richard F. Boulware
United States District Judge

_____
Andrew P. Gordon
United States District Judge

_____
Jennifer A. Dorsey
United States District Judge

_____
Miranda M. Du
United States District Judge