UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ME2 PRODUCTIONS, INC., | Case No. 2:16-CV-2563 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| ANTHONY WILL, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 27). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 34). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is plaintiff's motion for clerk's entry of default against defendants Sandra Mejia and Santos Guerrero. (ECF No. 31).

Also before the court is plaintiff's motion for clerk's entry of default against defendant Anthony Will. (ECF No. 32).

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 34-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons,

**James C. Mahan**
**U.S. District Judge**

the court finds severance here is appropriate for all but the first-named defendant that is still a party to the action.

Plaintiff's second motion for entry of clerk's default requests an entry of default against defendant Will. (ECF No. 32). The court will grant plaintiff's motion. Plaintiff effectuated service on Will on May 1, 2017, which gave Will until May 22, 2017, to answer plaintiff's complaint. (ECF No. 20). Will is yet to file a response. As the time for doing so has passed, the court will grant plaintiff's motion for entry of clerk's default.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation (ECF No. 27) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that all defendants except for Anthony Will be, and the same hereby are, dismissed without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default against defendants Mejia and Guerrero (ECF No. 31) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default against defendant Will (ECF No. 32) be, and the same hereby is, GRANTED. The clerk shall enter default against defendant Will.

DATED November 15, 2017.

_____
UNITED STATES DISTRICT JUDGE